USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

19 CR 631

USAO Number: 2018R38626

United States Courts
Southern District of Texas
FILED

AUG 28 2019

Magistrate Number:

**CRIMINAL INDICTMENT**

Filed _____  Judge: _Hughes_

David J. Bradley, Clerk of Court

**UNITED STATES of AMERICA**

**ATTORNEYS:**

VS.

RYAN K. PATRICK, USA          (713) 567-9000

STUART A. BURNS, AUSA         (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| Carlos Ruben RAMIREZ-Monroy | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Conspiracy to Possess With Intent to Distribute a Controlled Substance [21 USC § 846]

**PENALTY:** Ct. 1: Not less than 10 years up to life imprisonment, $10,000,000 fine, at least 5 yrs. SR, $100.00 SA per count

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**