United States District Court
Southern District of Texas
**ENTERED**
August 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal Number |
| CARLOS RUBEN RAMIREZ-MONROY | § | |

ORDER    **19 CR 631**

HAVING CONSIDERED the government's Motion to Seal the indictment in this cause, it is hereby;

ORDERED that said motion is GRANTED and that the indictment is Sealed.

IT IS FURTHER ORDERED that the criminal indictment be sealed together with this motion and the Court's order.

IT IS FURTHER ORDERED that the indictment, motion and order will automatically be unsealed upon the arrest of the defendant, without further order of the court.

SIGNED in Houston, Texas on this _____ day of __AUG 28 2019_____,
2019.

_____
PETER BRAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS