United States Courts
Southern District of Texas
FILED
JAN 22 2020
David J. Bradley, Clerk of Court

Sealed
Public and unofficial staff access
to this instrument
prohibited by court order.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § Criminal No. H-19-631S |
| v. | § |
| | § |
| CARLOS RUBEN RAMIREZ-MONROY | § |
| | § |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

[21 U.S.C. 846 - Conspiracy to Possess with Intent
to Distribute a Controlled Substance]

On or about and between August 1, 2016, and continuing up to and including the date of the return of the indictment, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court,

**CARLOS RUBEN RAMIREZ-MONROY**

Defendant herein, did unlawfully, knowingly and intentionally combine, conspire confederate and agree with other persons known and unknown to the Grand Jury, to commit an offense defined in Title 21, United States Code, Section 841(a)(1), that is, to possess with intent to distribute a controlled substance. This offense involved fifty (50) grams or more of Methamphetamine, a schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

## NOTICE OF CRIMINAL FORFEITURE

Title 21, United States Code, Section 853

Pursuant to Title 21, United States Code, Section 853, the United States gives notice to the defendant,

**CARLOS RUBEN RAMIREZ-MONROY**

that upon conviction of an offense in violation of Title 21, United States Code, Sections 841 or 846, as charged in Count One of this Indictment, the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and

(2) all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

## SUBSTITUTE ASSETS

Defendant is notified that in the event that property subject to forfeiture, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been placed beyond the jurisdiction of the Court;

c. has been transferred or sold to, or deposited with, a third party;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to Title 21, United States Code, Section 853 (p), and

Title 18, United States Code, Section 982 (b)(1) incorporating Title 21, United States Code, Section 853 (p).

**A TRUE BILL**

ORIGINAL SIGNATURE ON FILE

Ryan K. Patrick
United States Attorney

By: _____
STUART A. BURNS
Assistant United States Attorney
(713) 567-9580