UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
MAY 27 2020
David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § § § | Criminal Number H-19-631S |
| CARLOS RUBEN RAMIREZ-MONROY | | |

## MOTION TO UNSEAL INDICTMENT

The United States of America, by and through Ryan K. Patrick, United States Attorney for the Southern District of Texas, and the undersigned Assistant United States Attorney, moves the Court for an order unsealing the Indictment as it applies to the above named defendant in this case.

I.

The need for the indictment to remain sealed against this defendant no longer exists.

II.

The Government requests all documents sealed under this indictment relating to Carlos Ruben Ramirez-Monroy be unsealed.

Respectfully submitted,
Ryan K. Patrick
United States Attorney

By: /s/ Stuart A. Burns
STUART A. BURNS
Assistant United States Attorney
(713) 567-9580

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| V. § | Criminal Number H-19-631 |
| § § | |
| CARLOS RUBEN RAMIREZ-MONROY § | |

ORDER

Having considered the Government's Motion to Unseal in this case, it is hereby ORDERED that the Indictment and all documents sealed under this indictment that apply to Carlos Ruben Ramirez-Monroy are UNSEALED.

Dated _____, 2020.

_____
LYNN N. HUGHES
UNITED STATES DISTRICT JUDGE