UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

May 29, 2020

David J. Bradley, Clerk

| | | |
|---|---|---|
| The United States of America, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Criminal H-19-631 |
| | § | |
| Carlos Ruben Ramirez-Monroy, | § | |
| | § | |
| Defendant. | § | |

## Order Unsealing Case

On the government's motion, this case is unsealed. (12)

Signed on May 28, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge