UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CR. NO. H:19-CR-631-S |
| § | |
| CARLOS RUBEN RAMIREZ-MONROY § | |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, **CARLOS RUBEN RAMIREZ-MONROY**, Defendant in the above numbered and entitled action and respectfully requests the Court to take notice that he has retained attorney **CRISPIN (C.J.) QUINTANILLA, III** to appear as lead attorney for him. We hereby request, that all notices and correspondence be submitted to the following address:

**GARCIA, QUINTANILLA & PALACIOS**
5526 N. Tenth Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Fax
gqplaw@yahoo.com

Respectfully Submitted,

**LAW OFFICES OF**
**GARCIA, QUINTANILLA & PALACIOS**
5526 North Tenth Street
McAllen, Texas 78504
(956) 682-9477 Telephone
(956) 682-0223 Facsimile

**/S/CRISPIN (C.J.) QUINTANILLA, III**
**CRISPIN (C.J.) QUINTANILLA, III**
State Bar of Texas No. 16436330
Federal I.D. No. 12431