United States District Court
Southern District of Texas
**ENTERED**
July 20, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| versus § § | Criminal No.4:19-cr-631-1 |
| Carlos Ruben Ramirez-Monroy § § | |

SCHEDULING ORDER

1. Estimated trial time: ___5 days___ days (5.5 hours/day)

2. Motions will be filed by: August 10, 2020

3. Responses will be filed by: August 20, 2020

4. Pretrial Conference is set for: September 14, 2020 at 2:30 p.m.

5. Proposed voir dire and jury instructions are due: September 15, 2020

6. Jury Selection and Trial is set for: September 22, 2020 at 9:00 a.m.

7. Speedy trial limits waived: ☐ Yes    ☐ XXX  No

Direct questions about this schedule to Glenda Hassan, Case Manager to United States District Judge Lynn N. Hughes, (713) 250-5516, Glenda_Hassan@txs.uscourts.gov.

Signed _____July 20_____, at Houston, Texas.

_Christine A Bryan_

_____
United States Magistrate Judge

Criminal Procedures

| | |
|---|---|
| Judge Lynn N. Hughes | Glenda Hassan |
| United States District Court | Case Manager |
| Courtroom 11-C, Eleventh Floor | United States District Clerk |
| United States Court House | Post Office Box 61010 |
| 515 Rusk Avenue | Houston, Texas 77208-1010 |
| Houston, Texas 77002-2605 | Glenda_Hassan@txs.uscourts.gov |

Court Schedule

Arraignments, sentencings, and other miscellaneous proceedings will usually be held on Mondays at 1:30 p.m. Lengthy proceedings will be scheduled later in the week.

Pretrial Materials

Two copies proposed voir dire, proposed jury charge, legal memoranda specifying issues with authorities, and four copies exhibit and witness lists.

Pleas of Guilty

As soon as a plea agreement is reached, counsel will notify the case manager immediately to set a rearraignment.

The Assistant United States Attorney will prepare a Sentence Data Sheet and Plea Agreement and send them to the case manager by email at least two business day before the rearraignment.

Late Filings

Copies of documents filed within twenty-four hours before any setting must be delivered to chambers as well as filed.

Other Requirements

The court's general procedures apply in criminal cases in addition to these items. Please read them.